UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMON LEVI,

        Plaintiff,

v.

STATE BAR OF CALIFORNIA, et al.,

        Defendants.
_____/

No. C-07-04378 EDL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)   One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The CASE MANAGEMENT CONFERENCE previously scheduled for November 27, 2007, at 10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: September 20, 2007

                                              Richard W. Wieking, Clerk
                                              United States District Court

                                              By: Lili M. Harrell
                                              Deputy Clerk