United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Simon Levi,                        )
                                   )
            Plaintiff(s),          )        No. C07-4378 MJJ
                                   )
      v.                           )        ORDER OF RECUSAL
                                   )
State Bar of California,           )
                                   )
            Defendant(s),          )
_____)

IT IS HEREBY ORDERED that I hereby recuse myself in the above-mentioned case and request that the case be reassigned pursuant to the provisions of General Order 44 paragraph E.2 of the Assignment Plan. All pending dates are hereby vacated will be reset by the newly assign judge.

Date: 9/24/2007

MARTIN J. JENKINS
UNITED STATES MAGISTRATE JUDGE