1 | MARIE MOFFAT (62167)
  | LAWRENCE C. YEE, Bar No. 84208
2 | MARK TORRES-GIL, Bar No. 91597
  | DANIELLE A. LEE, Bar No. 223675
3 | **STATE BAR OF CALIFORNIA**
  | **OFFICE OF GENERAL COUNSEL**
4 | 180 Howard Street
  | San Francisco, CA 94105-1639
5 | Telephone: (415) 538-2012
  | Fax: (415) 538-2321
6 | Email: mark.torresgil@calbar.ca.gov

7 | JAMES M. WAGSTAFFE, Bar No. 95535
  | MICHAEL VON LOEWENFELDT, Bar No. 178665
8 | **KERR & WAGSTAFFE LLP**
  | 100 Spear Street, Suite 1800
9 | San Francisco, CA 94105-1528
  | Telephone: (415) 371-8500
10 | Fax: (415) 371-0500

11 | Attorneys for Defendants The State Bar of California,
   | Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court,
12 | Committee of Bar Examiners, Allen Malmquist

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| SIMON LEVI, | Case No. C07-04378-MJP |
| Plaintiff, | |
| v. | **STATE BAR DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT BEFORE THE INITIAL CMC AND [PROPOSED] ORDER** |
| STATE BAR OF CALIFORNIA, JUDY JOHNSON, DEBRA LAWSON, PATRICE McELROY, STATE BAR COURT, COMMITTEE OF BAR EXAMINERS, ALLEN MALMQUIST, CALIFORNIA SUPREME COURT, CHIEF JUSTICE RONALD M. GEORGE, ASSOCIATE JUSTICE JOYCE L. KENNARD, ASSOCIATE JUSTICE KARTHRYN MICKLE WERDEGAR, ASSOCIATE JUSTICE MING W. CHIN, ASSOCIATE JUSTICE MARVIN R. BAXTER, ASSOCIATE JUSTICE CAROL A. CORRIGAN, and Does 1-50, | Date: November 26, 2007<br>Time: 4 p.m.<br>Place: Courtroom 15, 18th Floor<br>Hon. Marilyn Hall Patel |
| Defendants. | |

Defendants The State Bar of California, Judy Johnson, Debra Lawson, Patrice McElroy,

**1**

1  State Bar Court, Committee of Bar Examiners, and Allen Malmquist (collectively "State Bar
2  Defendants") respectfully request that the court permit State Bar Defendants to file a motion to
3  dismiss plaintiff's First Amended Complaint before the initial Case Management Conference.
4  The Court's Standing Orders require leave of court to file a motion to dismiss before the Initial
5  Case Management Conference, now set for hearing on November 26, 2006 at 4 p.m.

6        State Bar Defendants submit that this highly frivolous action is appropriate for early
7  intervention and disposal by the Court as it is clear that the court lacks subject matter jurisdiction
8  to hear Levi's claims and that he cannot allege a plausible claim for relief.  In this federal action,
9  Levi is challenging the California Supreme Court's decision denying him admission to the bar
10 after twice failing to gain admission on moral character grounds.  He seeks highly improper
11 equitable relief in the form of an order from this Court disqualifying the California Supreme
12 Court from hearing any future application for admission - should he ever decide to apply again –
13 and he seeks to void the underlying State Bar Court recommendation that formed the basis of the
14 California Supreme Court's decision not to admit him.  As described in more detail in the State
15 Bar Defendants' motion to dismiss, both the Eleventh Amendment and the <u>Rooker-Feldman</u>
16 doctrines prevent the Court from hearing his claims.  Indeed, there is no case or controversy, as
17 Levi has no admissions application pending in the State Bar.  Levi has asserted no plausible
18 grounds for relief and his requests for equitable relief are highly improper.

19       This action is ripe for expedited early resolution to preserve the time and resources of the
20 Court and the parties.

21 Dated: October 4, 2007            Respectfully submitted,

22                                      MARIE M. MOFFAT
                                     LAWRENCE C. YEE
23                                     MARK TORRES-GIL
                                     DANIELLE A. LEE
24
                                     JAMES M. WAGSTAFFE,
25                                     MICHAEL VON LOEWENFELDT

26                                  By:   s/Mark Torres-Gil
                                         Mark Torres-Gil
27                                  Attorneys for Defendants The State Bar of California, Judy
                                 Johnson, Debra Lawson, Patrice McElroy, State Bar Court,
28                                  Committee of Bar Examiners, Allen Malmquist

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED THAT**:

\_\_\_\_\_:   The request to file a motion to dismiss before the initial Case Management Conference by defendants The State Bar of California, Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court, the Committee of Bar Examiners, and Allen Malmquist is **GRANTED**.

**OR**

\_\_\_\_:   The request to file a motion to dismiss before the initial Case Management Conference by defendants The State Bar of California, Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court, the Committee of Bar Examiners, and Allen Malmquist is **DENIED**. **IT IS FURTHER ORDERED**, however, that defendants are hereby given leave to respond to the First Amendment Complaint at a time to be set after the Case Management Conference calendared on November 26, 2007.

Dated: _____   _____

Hon. Marilyn Hall Patel
United States District Court Judge

PROOF OF SERVICE BY MAIL

I, Joan Sundt, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On October 4, 2007, following ordinary business practice, I placed for collection for mailing at the offices of the State Bar of California, 180 Howard Street, San Francisco, California 94105, one copy of State Bar Defendants' Motion for Leave to File Motion to Dismiss Plaintiff's First Amended Complaint Before the Initial CMC and [Proposed] Order fully prepaid in an envelope addressed as follows:

> Simon Levi
> 25-A Crescent Drive, #351
> Pleasant Hill, CA  94523

I am readily familiar with the State Bar of California's practice for collection and processing correspondence for mailing with the U.S. Postal Service and, in the ordinary course of business, the correspondence would be deposited with the U.S. postal mail service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 4th day of October, 2007.

                                                    s/Joan Sundt