MARIE MOFFAT (62167)
LAWRENCE C. YEE, Bar No. 84208
MARK TORRES-GIL, Bar No. 91597
DANIELLE A. LEE, Bar No. 223675
**STATE BAR OF CALIFORNIA**
**OFFICE OF GENERAL COUNSEL**
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2012
Fax: (415) 538-2321
Email: mark.torresgil@calbar.ca.gov

JAMES M. WAGSTAFFE, Bar No. 95535
MICHAEL VON LOEWENFELDT, Bar No. 178665
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendants The State Bar of California,
Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court,
Committee of Bar Examiners, Allen Malmquist

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| SIMON LEVI,<br><br>  Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, JUDY JOHNSON, DEBRA LAWSON, PATRICE McELROY, STATE BAR COURT, COMMITTEE OF BAR EXAMINERS, ALLEN MALMQUIST, CALIFORNIA SUPREME COURT, CHIEF JUSTICE RONALD M. GEORGE, ASSOCIATE JUSTICE JOYCE L. KENNARD, ASSOCIATE JUSTICE KARTHRYN MICKLE WERDEGAR, ASSOCIATE JUSTICE MING W. CHIN, ASSOCIATE JUSTICE MARVIN R. BAXTER, ASSOCIATE JUSTICE CAROL A. CORRIGAN, and Does 1-50,<br><br>  Defendants. | Case No. C07-04378 MHP<br><br>**STATE BAR DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: November 26, 2007<br>Time: 4 p.m.<br>Place: Courtroom 15, 18th Floor<br>      Hon. Marilyn Hall Patel |

TO: SIMON LEVI IN PRO SE

**PLEASE TAKE NOTICE** that on November 26, 2007, at 4:00 p.m. in the courtroom of

**1**

the Honorable Marilyn Hall Patel, being courtroom 15, 18th floor, at 450 Golden Gate Avenue, San Francisco, California 94102, counsel for defendants The State Bar of California, Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court, the Committee of Bar Examiners and Allen Malmquist ("State Bar Defendants"), will and hereby do, move the Court for an order under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss plaintiff's First Amended Complaint.

State Bar Defendants will move to dismiss this action on the grounds that this Court lacks subject-matter jurisdiction pursuant to Eleventh Amendment immunity, the Rooker-Feldman doctrine, and because of the absence of any case or controversy. State Bar Defendants will further move to dismiss this action based on res judicata and collateral estoppel grounds, judicial immunity, and failure to state a claim for relief and because plaintiff's request for equitable relief is improper.

The Motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support thereof, all pleadings in this action and any other documents that are now on file or that may be on file in this action at the time of hearing; and such further evidence and arguments as may be presented at the time of hearing.

## MOTION TO DISMISS

State Bar Defendants move to dismiss the First Amended Complaint on the following specific grounds:

1. Plaintiff's claims are jurisdictionally barred by the Eleventh Amendment;
2. plaintiff's claims are jurisdictionally barred under the Rooker Feldman doctrine;
3. plaintiff's claims are jurisdictionally barred as there exists no case or controversy;
4. plaintiff's claims are barred by res judicata and collateral estoppel;
5. State Bar Defendants are entitled to judicial immunity;
6. plaintiff fails to state a claim for relief for violation of his due process rights or any other alleged federal deprivation;
7. plaintiff fails to state a state law claim for fraud; and,
8. plaintiff's requests for equitable relief are improper.

1 | **WHEREFORE**, State Bar Defendants pray as follows:

2 | 1. That the First Amended Complaint and each claim for relief alleged therein be dismissed against State Bar Defendants without leave to amend; and,

2. That plaintiff take nothing and judgment be entered in favor of State Bar Defendants; and,

For such other relief as this Court deems just.

Dated: October 4, 2007

Respectfully submitted,

MARIE M. MOFFAT
LAWRENCE C. YEE
MARK TORRES-GIL
DANIELLE A. LEE

JAMES M. WAGSTAFFE,
MICHAEL VON LOEWENFELDT

By:  s/Mark Torres-Gil
       Mark Torres-Gil

Attorneys for Defendants The State Bar of California, Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court, Committee of Bar Examiners, Allen Malmquist.

PROOF OF SERVICE BY MAIL

I, Joan Sundt, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On October 4, 2007, following ordinary business practice, I placed for collection for mailing at the offices of the State Bar of California, 180 Howard Street, San Francisco, California 94105, one copy of STATE BAR DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT fully prepaid in an envelope addressed as follows:

> Simon Levi
> 25-A Crescent Drive, #351
> Pleasant Hill, CA  94523

I am readily familiar with the State Bar of California's practice for collection and processing correspondence for mailing with the U.S. Postal Service and, in the ordinary course of business, the correspondence would be deposited with the U.S. postal mail service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 4th day of October, 2007.


    s/Joan Sundt