MARIE MOFFAT (62167)
LAWRENCE C. YEE, Bar No. 84208
MARK TORRES-GIL, Bar No. 91597
DANIELLE A. LEE, Bar No. 223675
**STATE BAR OF CALIFORNIA**
**OFFICE OF GENERAL COUNSEL**
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2012
Fax: (415) 538-2321
Email: mark.torresgil@calbar.ca.gov

JAMES M. WAGSTAFFE, Bar No. 95535
MICHAEL VON LOEWENFELDT, Bar No. 178665
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendants The State Bar Of California, Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court, Committee Of Bar Examiners, Allen Malmquist

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| SIMON LEVI,<br><br>    Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, JUDY JOHNSON, DEBRA LAWSON, PATRICE McELROY, STATE BAR COURT, COMMITTEE OF BAR EXAMINERS, ALLEN MALMQUIST, CALIFORNIA SUPREME COURT, CHIEF JUSTICE RONALD M. GEORGE, ASSOCIATE JUSTICE CARLOS R. MORENO, ASSOCIATE JUSTICE JOYCE L. KENNARD, ASSOCIATE JUSTICE KATHRYN MICKLE WERDEGAR, ASSOCIATE JUSTICE MING W. CHIN, ASSOCIATE JUSTICE MARVIN R. BAXTER, ASSOCIATE JUSTICE CAROL A. CORRIGAN,<br><br>    Defendants. | Case No. C07-04378-MHP<br><br>**STATE BAR DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: November 26, 2007<br>Time: 4:00 p.m.<br>Place: Courtroom 15, 18th Floor<br>       Hon. Marilyn Hall Patel |

Defendants The State Bar of California, State Bar Court, Committee of Bar Examiners, Judy Johnson, Debra Lawson, Patrice McElroy Allen Malmquist (collectively "State Bar Defendants") hereby respectfully request, pursuant to section 201 of the Federal Rules of

**1**

Evidence (see also United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc., 971 F.2d 244, 248 (9th Cir. 1992) [court "may take judicial notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue."]) that the Court take judicial notice of the following:

1. *In the Matter of Simon S. Levi, Applicant for Admission*, Case No. 99-M-10079-NRL, Hearing Department of the State Bar Court, Decision, filed December 7, 1999.

2. *In the Matter of Simon S. Levi, An Applicant for Admission,* Case No. 99-M-10079, Review Department of the State Bar Court, Opinion on Review, filed April 12, 2001.

3. *In the Matter of Simon Sharon Levi, Applicant for Admission,* Case No. 02-M-12939-PEM, Hearing Department of the State Bar Court, Decision, filed May 18, 2004.

4. *In the Matter of Simon S. Levi, Applicant for Admission to Practice Law,* Case No. 02-M-12939, Review Department of the State Bar Court, Opinion on Review, filed September 16, 2005.

5. *In the Matter of Simon Sharon Levi, Applicant for Admission*, Applicant's Petition for Writ of Review of State Bar Court Decision Denying Certification, Case No. S138884, In the Supreme Court of the State of California, filed November 15, 2005.

6. *In re Simon S. Levi on Admission*, Case No. S138884, In the Supreme Court of California (En Banc), Petition for writ of review DENIED, filed January 4, 2006.

Dated: October 4, 2007          Respectfully submitted,

    MARIE M. MOFFAT
    LAWRENCE C. YEE
    MARK TORRES-GIL
    DANIELLE A. LEE

    JAMES M. WAGSTAFFE,
    MICHAEL VON LOEWENFELDT

    By:  s/Mark Torres-Gil
       Mark Torres-Gil

    Attorneys for Defendants The State Bar Of California, Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court, Committee Of Bar Examiners, Allen Malmquist

PROOF OF SERVICE BY MAIL

I, Joan Sundt, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On October 4, 2007, following ordinary business practice, I placed for collection for mailing at the offices of the State Bar of California, 180 Howard Street, San Francisco, California 94105, one copy of State Bar Defendants' Request for Judicial Notice in Support of Motion to Dismiss Plaintiff's First Amended Complaint fully prepaid in an envelope addressed as follows:

> Simon Levi
> 25-A Crescent Drive, #351
> Pleasant Hill, CA  94523

I am readily familiar with the State Bar of California's practice for collection and processing correspondence for mailing with the U.S. Postal Service and, in the ordinary course of business, the correspondence would be deposited with the U.S. postal mail service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 4th day of October, 2007.

                                                    s/Joan Sundt