| | |
|---|---|
| 1 | MARIE MOFFAT (62167) |
| | LAWRENCE C. YEE, Bar No. 84208 |
| 2 | MARK TORRES-GIL, Bar No. 91597 |
| | DANIELLE A. LEE, Bar No. 223675 |
| 3 | **STATE BAR OF CALIFORNIA** |
| | **OFFICE OF GENERAL COUNSEL** |
| 4 | 180 Howard Street |
| | San Francisco, CA 94105-1639 |
| 5 | Telephone: (415) 538-2012 |
| | Fax: (415) 538-2321 |
| 6 | Email: mark.torresgil@calbar.ca.gov |

JAMES M. WAGSTAFFE, Bar No. 95535
MICHAEL VON LOEWENFELDT, Bar No. 178665
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA  94105-1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendants The State Bar Of California,
Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court,
Committee Of Bar Examiners, Allen Malmquist

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| SIMON LEVI, | Case No. C07-04378-MHP |
| Plaintiff, | **EXHIBIT 5:** *In the Matter of Simon Sharon Levi, Applicant for Admission*, Applicant's Petition for Writ of Review of State Bar Court Decision Denying Certification, Case No. S138884, In the Supreme Court of the State of California, filed November 15, 2005. |
| v. | |
| STATE BAR OF CALIFORNIA, JUDY JOHNSON, DEBRA LAWSON, PATRICE McELROY, STATE BAR COURT, COMMITTEE OF BAR EXAMINERS, ALLEN MALMQUIST, CALIFORNIA SUPREME COURT, CHIEF JUSTICE RONALD M. GEORGE, ASSOCIATE JUSTICE CARLOS R. MORENO, ASSOCIATE JUSTICE JOYCE L. KENNARD, ASSOCIATE JUSTICE KATHRYN MICKLE WERDEGAR, ASSOCIATE JUSTICE MING W. CHIN, ASSOCIATE JUSTICE MARVIN R. BAXTER, ASSOCIATE JUSTICE CAROL A. CORRIGAN, | |
| Defendants. | |

**MANUAL FILING NOTIFICATION**

Regarding:  Exhibit 5 to the STATE BAR DEFENDANTS' REQUEST FOR JUDICIAL

1

1 <u>NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED
2 COMPLAINT</u>.

3 This filing is in paper form only, and is being maintained in the case file in the Clerk's office.

4 If you are a participant on this case, this filing will be served in hard-copy shortly.

5 For information on retrieving this filing directly from the court, please see the court's main web

6 site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ)

7 This filing was not efiled for the following reason:

8     Voluminous Document (PDF file size larger than efiling system allowances).

9 Dated: October 4, 2007      Respectfully submitted,

MARIE M. MOFFAT
LAWRENCE C. YEE
MARK TORRES-GIL
DANIELLE A. LEE

JAMES M. WAGSTAFFE,
MICHAEL VON LOEWENFELDT

By:   s/Mark Torres-Gil
       Mark Torres-Gil

Attorneys for Defendants The State Bar Of California, Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court, Committee Of Bar Examiners, Allen Malmquist