**EXHIBIT 6**

S.B.C. No.02-12939
S138884

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re SIMON S. LEVI on Admission

Petition for writ of review DENIED.

SUPREME COURT
F I L E D
JAN - 4 2006
Frederick K. Ohlrich Clerk

DEPUTY

GEORGE
Chief Justice

RECEIVED
JAN 0 9 2006
OFFICE OF OGC