1   MARIE MOFFAT (62167)
    LAWRENCE C. YEE, Bar No. 84208
2   MARK TORRES-GIL, Bar No. 91597
    DANIELLE A. LEE, Bar No. 223675
3   **STATE BAR OF CALIFORNIA**
    **OFFICE OF GENERAL COUNSEL**
4   180 Howard Street
    San Francisco, CA 94105-1639
5   Telephone: (415) 538-2012
    Fax: (415) 538-2321
6   Email: mark.torresgil@calbar.ca.gov

7   JAMES M. WAGSTAFFE, Bar No. 95535
    MICHAEL VON LOEWENFELDT, Bar No. 178665
8   **KERR & WAGSTAFFE LLP**
    100 Spear Street, Suite 1800
9   San Francisco, CA  94105-1528
    Telephone: (415) 371-8500
10  Fax: (415) 371-0500

11  Attorneys for Defendants The State Bar Of California,
    Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court,
12  Committee Of Bar Examiners, Allen Malmquist

13            IN THE UNITED STATES DISTRICT COURT

14       FOR THE NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

15  SIMON LEVI,                          Case No. C07-04378-MHP

16          Plaintiff,                   **[PROPOSED] ORDER GRANTING**
                                         **DEFENDANTS' MOTION TO DISMISS**
17  v.                                   **PLAINTIFF'S FIRST AMENDED**
                                         **COMPLAINT**
18  STATE BAR OF CALIFORNIA, JUDY
    JOHNSON, DEBRA LAWSON, PATRICE
19  McELROY, STATE BAR COURT,            Date:  November 26, 2007
    COMMITTEE OF BAR EXAMINERS,          Time:  4:00 p.m.
20  ALLEN MALMQUIST, CALIFORNIA          Place: Courtroom 15, 18th Floor
    SUPREME COURT, CHIEF JUSTICE                Hon. Marilyn Hall Patel
21  RONALD M. GEORGE, ASSOCIATE
    JUSTICE CARLOS R. MORENO,
22  ASSOCIATE JUSTICE JOYCE L.
    KENNARD, ASSOCIATE JUSTICE
23  KATHRYN MICKLE WERDEGAR,
    ASSOCIATE JUSTICE MING W. CHIN,
24  ASSOCIATE JUSTICE MARVIN R.
    BAXTER, ASSOCIATE JUSTICE CAROL A.
25  CORRIGAN,

26          Defendants.

27

28       Following review and consideration of the written and oral arguments of the parties and

**1**

1    all documentation and evidence in the record regarding the Motion to Dismiss Plaintiff's First

2    Amended Complaint filed by the State Bar Defendants – The State Bar of California, Judy

3    Johnson, Debra Lawson, Patrice McElroy, State Bar Court, Committee of Bar Examiners, and

4    Allen Malmquist:

5        IT IS HEREBY ORDERED THAT:

6        1.    Plaintiff Simon Levy's First Amended Complaint and each and every claim for

7        relief therein is DISMISSED as to The State Bar of California, Judy Johnson,

8        Debra Lawson, Patrice McElroy, the State Bar Court, Committee of Bar

9        Examiners, and Allen Malmquist, WITHOUT LEAVE TO AMEND on the

10       following grounds:

11       A.    The Eleventh Amendment bars all of Levi's claims against defendants The

12       State Bar of California and the State Bar Court including all pendent state

13       law claims. The Eleventh Amendment also bars all of Levi's claims and

14       his request for retroactive equitable relief against the individual defendants

15       in their official capacities.

16       B.    Levi's claims are also barred by the <u>Rooker-Feldman</u> doctrine as his

17       claims arise solely from the California Supreme Court's decision to deny

18       him admission to the California bar.

19       C.    Levi has no application for admission presently pending before The State

20       Bar of California. The Court may not consider a case that is contingent

21       upon some future event. Therefore, this action is not ripe for adjudication

22       and there is no case or controversy.

23       D.    All State Bar Defendants are immune from liability for monetary damages

24       E.    Levi is estopped from relitigating his claims, as they were necessarily

25       decided in a prior state proceeding brought before the California Supreme

26       Court.

27       F.    Levi fails to state a claim for violation of his due process rights as he was

28       provided a meaningful opportunity to be heard in the state proceedings, he

1    has not overcome the presumption of honesty and integrity of

2    adjudicators, and he has not established that the state proceedings were so

3    infirm as to warrant the federal court's intervention.

4    G.    Levi fails to state a claim of state common law fraud.

5    H.    Levi's requests for injunctive relief are highly improper. Levi's request for

6    retroactive equitable relief is void under the Eleventh Amendment.

7    Moreover, Levi has presented no well-pleaded facts to support his requests

8    and granting the relief requested would unnecessarily interfere with the

9    State Bar's ability to perform its official duties.

10    2.    For all the foregoing reasons, all claims raised by Levi against all State Bar

11    Defendants are dismissed <u>without leave</u> to amend and the Clerk of the Court is directed to

12    enter judgment in the case in favor of all State Bar Defendants.

13    Dated:_____

14

15    _____

    Honorable Marilyn H. Patel
16    United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE BY MAIL

I, Joan Sundt, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On October 4, 2007, following ordinary business practice, I placed for collection for mailing at the offices of the State Bar of California, 180 Howard Street, San Francisco, California 94105, one copy of [Proposed] Order Granting Defendants' Motion to Dismiss Plaintiff's First Amended Complaint fully prepaid in an envelope addressed as follows:

> Simon Levi
> 25-A Crescent Drive, #351
> Pleasant Hill, CA  94523

I am readily familiar with the State Bar of California's practice for collection and processing correspondence for mailing with the U.S. Postal Service and, in the ordinary course of business, the correspondence would be deposited with the U.S. postal mail service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 4th day of October, 2007.


    s/Joan Sundt

[Proposed] Order Granting Defs' Motion to Dismiss 1st Amended Compl.                    07-04378-MHP