MARIE MOFFAT (62167)
LAWRENCE C. YEE, Bar No. 84208
MARK TORRES-GIL, Bar No. 91597
DANIELLE A. LEE, Bar No. 223675
**STATE BAR OF CALIFORNIA**
**OFFICE OF GENERAL COUNSEL**
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2012
Fax: (415) 538-2321
Email: mark.torresgil@calbar.ca.gov

JAMES M. WAGSTAFFE, Bar No. 95535
MICHAEL VON LOEWENFELDT, Bar No. 178665
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendants The State Bar of California,
Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court,
Committee of Bar Examiners, Allen Malmquist

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| SIMON LEVI,<br><br>       Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, JUDY JOHNSON, DEBRA LAWSON, PATRICE McELROY, STATE BAR COURT, COMMITTEE OF BAR EXAMINERS, ALLEN MALMQUIST, CALIFORNIA SUPREME COURT, CHIEF JUSTICE RONALD M. GEORGE, ASSOCIATE JUSTICE JOYCE L. KENNARD, ASSOCIATE JUSTICE KARTHRYN MICKLE WERDEGAR, ASSOCIATE JUSTICE MING W. CHIN, ASSOCIATE JUSTICE MARVIN R. BAXTER, ASSOCIATE JUSTICE CAROL A. CORRIGAN, and Does 1-50,<br><br>       Defendants. | Case No. C07-04378-MJP<br><br>**STATE BAR DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT BEFORE THE INITIAL CMC AND [PROPOSED] ORDER**<br><br>Date: November 26, 2007<br>Time: 4 p.m.<br>Place: Courtroom 15, 18th Floor<br>       Hon. Marilyn Hall Patel |

Defendants The State Bar of California, Judy Johnson, Debra Lawson, Patrice McElroy,

1

1  State Bar Court, Committee of Bar Examiners, and Allen Malmquist (collectively "State Bar
2  Defendants") respectfully request that the court permit State Bar Defendants to file a motion to
3  dismiss plaintiff's First Amended Complaint before the initial Case Management Conference.
4  The Court's Standing Orders require leave of court to file a motion to dismiss before the Initial
5  Case Management Conference, now set for hearing on November 26, 2006 at 4 p.m.

6  State Bar Defendants submit that this highly frivolous action is appropriate for early
7  intervention and disposal by the Court as it is clear that the court lacks subject matter jurisdiction
8  to hear Levi's claims and that he cannot allege a plausible claim for relief.  In this federal action,
9  Levi is challenging the California Supreme Court's decision denying him admission to the bar
10 after twice failing to gain admission on moral character grounds.  He seeks highly improper
11 equitable relief in the form of an order from this Court disqualifying the California Supreme
12 Court from hearing any future application for admission - should he ever decide to apply again –
13 and he seeks to void the underlying State Bar Court recommendation that formed the basis of the
14 California Supreme Court's decision not to admit him.  As described in more detail in the State
15 Bar Defendants' motion to dismiss, both the Eleventh Amendment and the <u>Rooker-Feldman</u>
16 doctrines prevent the Court from hearing his claims.  Indeed, there is no case or controversy, as
17 Levi has no admissions application pending in the State Bar.  Levi has asserted no plausible
18 grounds for relief and his requests for equitable relief are highly improper.

19 This action is ripe for expedited early resolution to preserve the time and resources of the
20 Court and the parties.

21 Dated: October 4, 2007              Respectfully submitted,

22                                    MARIE M. MOFFAT
                                      LAWRENCE C. YEE
23                                    MARK TORRES-GIL
                                      DANIELLE A. LEE
24
                                      JAMES M. WAGSTAFFE,
25                                    MICHAEL VON LOEWENFELDT

26                                    By:   s/Mark Torres-Gil
                                            Mark Torres-Gil
27                                    Attorneys for Defendants The State Bar of California, Judy
                                      Johnson, Debra Lawson, Patrice McElroy, State Bar Court,
28                                    Committee of Bar Examiners, Allen Malmquist

1                                      ~~[PROPOSED]~~ **ORDER**

**IT IS HEREBY ORDERED THAT**:

   **XX**  :    The request to file a motion to dismiss before the initial Case Management Conference by defendants The State Bar of California, Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court, the Committee of Bar Examiners, and Allen Malmquist is **GRANTED**.

                                               **OR**

   _____:    The request to file a motion to dismiss before the initial Case Management Conference by defendants The State Bar of California, Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court, the Committee of Bar Examiners, and Allen Malmquist is **DENIED**. **IT IS FURTHER ORDERED**, however, that defendants are hereby given leave to respond to the First Amendment Complaint at a time to be set after the Case Management Conference calendared on November 26, 2007.

Dated:   10/09/07                          _____
                                                        Hon. Marilyn H. Patel
                                                        United States District Court Judge

