Simon Levi
25-A Crescent Dr. #351
Pleasant Hill, CA 94523
(925) 286-3462

Plaintiff, In Pro Per



FILED

NOV 16 2007

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Simon Levi,                                         )<br>                                                     )<br>     Plaintiff(s),                         )<br>     v.                                       )<br>                                                     )<br>State Bar of California,                             )<br>Judy Johnson, Debra Lawson,                          )<br>Patrice McElroy, State Bar Court,                    )<br>Committee of Bar Examiners,                          )<br>Alan Malmquist, California Supreme )<br>Court, Chief Justice Ronald M.                       )<br>George, Associate Justice Carlos R.  )<br>Moreno, Associate Justice Joyce L.   )<br>Kennard, Associate Justice Kathryn  )<br>Mickle Werdegar, Associate Justice )<br>Ming W. Chin, Associate Justice        )<br>Marvin R. Baxter, Associate Justice  )<br>Carol A. Corrigan, and Does 1 – 50, )<br>                                                     )<br>     Defendant(s).                         )<br>                                                     ) | Case No. 2007 CV—04378 MHP<br><br>STIPULATION CONTINUING HEARING<br>ON DEFENDANTS' MOTION TO<br>DISMISS AND CASE MANAGEMENT<br>CONFERENCE, AND [~~PROPOSED~~]<br>ORDER<br><br><br>Current Hearing Date: 11/26/07<br>Current Hearing Time: 4:00 pm |

The following Stipulation Continuing Hearing on Defendants' Motion to

Dismiss and Case Management Conference, and [Proposed] Order, is entered into by

Plaintiff Simon Levi ("Plaintiff") and State Bar Defendants ("Defendants") in this

matter, through their counsel of record, pursuant to the following facts:

WHEREAS, Defendants have filed a Motion to Dismiss the Complaint filed by Plaintiff ("Motion") in this matter;

WHEREAS, Defendants' Motion is currently scheduled for hearing on November 26, 2007;

WHEREAS, Plaintiff's opposition to the Motion is currently due by November 5, 2007;

WHEREAS, the Parties have agreed to continue the hearing on the Motion because Plaintiff was out of town and subsequently was ill with the flu and did not have adequate time to prepare his opposition to the Motion and,

WHEREAS, the Parties have also agreed to continue the Case Management Conference that was to be held concurrently with the hearing on the Motion on November 26, 2007,

The parties hereby stipulate to, and request that the Court approve, a continuance of the hearing date on the Motion from November 26, 2007 to December 17, 2007 at 2:00 p.m.; an extension of the date by which Plaintiff's opposition to the Motion will be due until November 26, 2007; and a continuance of the Case Management Conference in this matter until December 17, 2007 at 2:00 pm.

Respectfully submitted,

_____
Simon Levi
In pro per

_____
Counsel for Defendants
Michael von Loewenfeldt

**IT IS SO ORDERED.**   11/6/07

_____
Hon. Marilyn Hall Patel
Judge, U.S. District Court

2                Stipulation to Continue Hearing
                 Date & CMC/2007 CV-- 04378