UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SIMON LEVI,

        Plaintiff,

  v.

STATE BAR OF CALIFORNIA et al,

        Defendant.

                                                           /

Case Number: CV07-04378 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Simon Levi
25-A Crescent Drive, #351
Pleasant Hill, CA 94523

Dated: November 6, 2007

                                      Richard W. Wieking, Clerk
                                      By: Anthony Bowser, Deputy Clerk