1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS, State Bar No. 90294
   Supervising Deputy Attorney General
3   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
4   Telephone:  (415) 703-5520
    Fax:  (415) 703-5480
5   Email:  Paul.Hammerness@doj.ca.gov

6  Attorneys for State Judicial Defendants

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

    **SIMON LEVI,**                         Case No.  C 07-04378-MHP
12
                           Plaintiff,       **STATE JUDICIAL**
13                                          **DEFENDANTS' MOTION FOR**
                                            **LEAVE TO FILE MOTION TO**
14       v.                                 **DISMISS PLAINTIFF'S FIRST**
                                            **AMENDED COMPLAINT**
15                                          **BEFORE THE INITIAL CMC**
    **STATE BAR OF CALIFORNIA, et al.,**    **AND ORDER**
16
                                            Date:  December 17, 2007
17                         Defendants.      Time:  2:00 p.m.
                                            Courtroom:  15, 18th Floor
18                                          Judge:  Hon. Marilyn H. Patel

19

20      Defendants California Supreme Court Chief Justice Ronald M. George, Associate Justice

21  Joyce L. Kennard, Associate Justice Kathryn Mickle Werdegar, Associate Justice Ming W. Chin,

22  Associate Justice Marvin R. Baxter, Associate Justice Carol A. Corrigan and Associate Justice

23  Carlos R. Moreno (collectively "State Judicial Defendants") respectfully request that the Court

24  permit them to file a motion to dismiss plaintiff's First Amended Complaint before the initial

25  Case Management Conference.  The Court's Standing Orders require leave of court to file a

26  motion to dismiss before the Initial Case Management Conference, now set for hearing on

27  December 17, 2007,  at 2:00 p.m.

28      The State Judicial Defendants submit that this highly frivolous action is appropriate for

1 early intervention and disposal by the Court as it is clear that the Court lacks subject matter
2 jurisdiction to hear plaintiff's claims and that he cannot allege a plausible claim for relief.  In this
3 federal action, plaintiff is challenging the California Supreme Court's decision denying him
4 admission to the bar after twice failing to gain admission on moral character grounds.  He seeks
5 improper equitable relief in the form of an order from this Court disqualifying the State Bar
6 Court from hearing any future application for admission - should he ever decide to apply again -
7 and he seeks to void the underlying State Bar Court recommendation that formed the basis of the
8 California Supreme Court's decision not to admit him.  As described in more detail in the State
9 Judicial Defendants' motion to dismiss, absolute judicial immunity, Eleventh Amendment
10 immunity and the Rooker-Feldman doctrines prevent the Court from hearing his claims.
11 Plaintiff Levi has asserted no plausible grounds for relief and his requests for equitable relief are
12 improper.
13    This action is ripe for expedited early resolution to preserve the time and resources of the
14 Court and the parties.

15    Dated:  November 9, 2007.

16                Respectfully submitted,

17                EDMUND G. BROWN JR.
                 Attorney General of the State of California

18

19

20      s/Paul T. Hammerness
      PAUL T. HAMMERNESS
      Supervising Deputy Attorney General
21
      Attorneys for State Judicial Defendants
22

23

24

25

26

27

28

State Jud. Defts' Mot. for Leave to File MTD Pltf's 1st. Amend. Cmplt., etc.    Levi  v. State Bar of California, et al.
                                                                                C 07-04378-MHP

2

State Jud. Defts' Mot. for Leave to File MTD Pltf's 1st. Amend. Cmplt., etc.   Levi v. State Bar of California, et al.
C 07-04378-MHP

**ORDER**

IT IS HEREBY ORDERED THAT:

\_\_\_\_: The request to file a motion to dismiss before the Initial Case Management Conference by defendants California Supreme Court Chief Justice Ronald M. George, Associate Justice Joyce L. Kennard, Associate Justice Kathryn Mickle Werdegar, Associate Justice Ming W. Chin, Associate Justice Marvin R. Baxter, Associate Justice Carol A. Corrigan and Associate Justice Carlos R. Moreno is GRANTED.

OR

\_\_\_\_: The request to file a motion to dismiss before the Initial Case Management Conference by defendants California Supreme Court Chief Justice Ronald M. George, Associate Justice Joyce L. Kennard, Associate Justice Kathryn Mickle Werdegar, Associate Justice Ming W. Chin, Associate Justice Marvin R. Baxter, Associate Justice Carol A. Corrigan and Associate Justice Carlos R. Moreno is DENIED.  IT IS FURTHER ORDERED, however, that defendants are hereby given leave to respond to the First Amendment Complaint at a time to be set after the Case Management Conference calendared on _____, 2007.

Dated: _____

_____
Honorable Marilyn H. Patel
United States District Court Judge