1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | PAUL T. HAMMERNESS, State Bar No. 90294
Supervising Deputy Attorney General
3 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
4 | Telephone:  (415) 703-5520
Fax:  (415) 703-5480
5 | Email:  Paul.Hammerness@doj.ca.gov

6 | Attorneys for State Judicial Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SIMON LEVI,**<br><br>                                              Plaintiff,<br><br>     v.<br><br>**STATE BAR OF CALIFORNIA, et al.,**<br><br>                                              Defendants. | Case No.  C 07-04378-MHP<br><br>**STATE JUDICIAL DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT BEFORE THE INITIAL CMC AND ORDER**<br><br>Date:  December 17, 2007<br>Time:  2:00 p.m.<br>Courtroom:  15, 18th Floor<br>Judge:  Hon. Marilyn H. Patel |

Defendants California Supreme Court Chief Justice Ronald M. George, Associate Justice Joyce L. Kennard, Associate Justice Kathryn Mickle Werdegar, Associate Justice Ming W. Chin, Associate Justice Marvin R. Baxter, Associate Justice Carol A. Corrigan and Associate Justice Carlos R. Moreno (collectively "State Judicial Defendants") respectfully request that the Court permit them to file a motion to dismiss plaintiff's First Amended Complaint before the initial Case Management Conference.  The Court's Standing Orders require leave of court to file a motion to dismiss before the Initial Case Management Conference, now set for hearing on December 17, 2007,  at 2:00 p.m.

The State Judicial Defendants submit that this highly frivolous action is appropriate for

early intervention and disposal by the Court as it is clear that the Court lacks subject matter jurisdiction to hear plaintiff's claims and that he cannot allege a plausible claim for relief. In this federal action, plaintiff is challenging the California Supreme Court's decision denying him admission to the bar after twice failing to gain admission on moral character grounds. He seeks improper equitable relief in the form of an order from this Court disqualifying the State Bar Court from hearing any future application for admission - should he ever decide to apply again - and he seeks to void the underlying State Bar Court recommendation that formed the basis of the California Supreme Court's decision not to admit him. As described in more detail in the State Judicial Defendants' motion to dismiss, absolute judicial immunity, Eleventh Amendment immunity and the Rooker-Feldman doctrines prevent the Court from hearing his claims. Plaintiff Levi has asserted no plausible grounds for relief and his requests for equitable relief are improper.

    This action is ripe for expedited early resolution to preserve the time and resources of the Court and the parties.

Dated: November 9, 2007.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California


  s/Paul T. Hammerness
PAUL T. HAMMERNESS
Supervising Deputy Attorney General

Attorneys for State Judicial Defendants

1 **ORDER**

2 IT IS HEREBY ORDERED THAT:

3   _X_ :   The request to file a motion to dismiss before the Initial Case Management

4        Conference by defendants California Supreme Court Chief Justice Ronald M.

5        George, Associate Justice Joyce L. Kennard, Associate Justice Kathryn Mickle

6        Werdegar, Associate Justice Ming W. Chin, Associate Justice Marvin R. Baxter,

7        Associate Justice Carol A. Corrigan and Associate Justice Carlos R. Moreno is

8        GRANTED.

9        OR

10   ____ :   The request to file a motion to dismiss before the Initial Case Management

11        Conference by defendants California Supreme Court Chief Justice Ronald M.

12        George, Associate Justice Joyce L. Kennard, Associate Justice Kathryn Mickle

13        Werdegar, Associate Justice Ming W. Chin, Associate Justice Marvin R. Baxter,

14        Associate Justice Carol A. Corrigan and Associate Justice Carlos R. Moreno is

15        DENIED.  IT IS FURTHER ORDERED, however, that defendants are hereby

16        given leave to respond to the First Amendment Complaint at a time to be set after

17        the Case Management Conference calendared on _____, 2007.

18

19   Dated:  11/15/2007

20        _____
          Honorable Marilyn J.
21        United States



State Jud. Defts' Mot. for Leave to File MTD Pltf's 1st. Amend. Cmplt., etc.           Levi v. State Bar of California, et al.
                                                                                       C 07-04378-MHP

3