EXHIBIT C

## Superior Court of California, County of San Francisco
Case Number: CGC-04-436617
Title: SIMON LAEVI VS. STATE BAR OF CALIFORNIA et al
Cause of Action: OTHER NON EXEMPT COMPLAINTS
Generated: Nov-27-2007 3:37 pm PST

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

## Register of Actions

Date Range: First Date Nov-24-2004    Last Date Nov-27-2007    (Dates must be entered as MMM-DD-YYYY)

Descending Date Sequence    Submit

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| DEC-05-2006 | REMITTITUR DISMISSED A113010 | View | |
| NOV-27-2006 | CASE MANAGEMENT CONFERENCE OF DEC-08-2006 IS OFF CALENDAR, DISMISSAL FILED. NOTICE SENT BY COURT. | View | |
| OCT-06-2006 | DISMISSAL WITH PREJUDICE OF 1ST AMENDED COMPLAINT | | |
| OCT-03-2006 | ORDER DISMISSING APPEAL, A113010 #1 | View | |
| OCT-02-2006 | CASE MANAGEMENT CONFERENCE OF OCT-13-2006 CONTINUED TO DEC-08-2006 AT 9:00 AM IN DEPT. 212. NOTICE SENT BY COURT. | View | |
| MAY-30-2006 | NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED GRANTING ,OTION FOR ATTORNEYS' FEES FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |
| MAY-12-2006 | ORDER GRANTING DEFENDANTS MOTION FOR ATTORNEY FEES (ATTY. MARIE MOFFAT TO SERVE OPPOSING PARTY) | View | |
| MAY-12-2006 | LAW AND MOTION 301, PREVIOUSLY SUBMITTED ON APRIL 5, 2006, MOTION FOR ATTORNEY'S FEES- GRANTED. JUDGE JAMES L. WARREN | | |
| MAY-11-2006 | CASE MANAGEMENT CONFERENCE OF MAY-26-2006 CONTINUED TO OCT-13-2006 AT 9:00 AM IN DEPT. 212,. NOTICE SENT BY COURT. | View | |
| MAY-05-2006 | CERTIFICATION NOTICE ISSUED | | |
| MAY-05-2006 | RECORDS CERTIFIED TO COA A113010 #1 (5.1/NONE RT) | | |
| MAY-03-2006 | ORDER PROCEEDING APPEAL (A113010 #1) | View | |
| MAY-02-2006 | ORDER GRANTING PLAINTIFF'S MOTION TO VACATE PRIOR COURT ORDER (RULING) DATED FEBRUARY 3, 2006 | View | |
| APR-26-2006 | CERTIFICATE OF CLERK RE DISMISSAL OF APPEAL | | |

| Date | Description | | |
|---|---|---|---|
| APR-05-2006 | LAW AND MOTION 301, PLAINTIFF SIMON LAEVI'S MOTION TO VACATE FEB-3-2005 ORDER OF THIS COURT FOR LACK OF JURISDICTION; FOR RECONSIDERATION; FOR ENTRY OF ORDER REGARDING DENIAL OF MOTION TO RE-OPEN DISCOVERY, MOTION TO VACATE FEB-3-2005 ORDER IS GRANTED. MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT OFF CALENDAR DUE TO PENDING APPEAL. ALL OTHER MOTIONS OFF CALENDAR DUE TO PENDING APPEAL. JUDGE: JAMES L. WARREN, REPORTER: CHRISTINA PAXTON, CSR #1558 | | |
| APR-05-2006 | LAW AND MOTION, 301, DEFENDANTS STATE BAR OF CALIFORNIA, RACHEL ABELSON, DONALD STEEDMAN'S MOTION FOR ATTORNEY'S FEES IS GRANTED. COURT TOOK THE AMOUNT UNDER SUBMISSION. SUBMITTED ON APR-05-2006 BY JUDGE JAMES L. WARREN. JUDGE: JAMES L. WARREN, REPORTER: CHRISTINA PAXTON, CSR #1558 | | |
| APR-05-2006 | MINI-MINUTES FOR APR-05-2006 9:30 AM | | |
| APR-05-2006 | MINI-MINUTES FOR APR-05-2006 9:30 AM | | |
| APR-03-2006 | CASE MANAGEMENT CONFERENCE OF APR-14-2006 CONTINUED TO MAY-26-2006 AT 9:00 AM IN DEPT. 212,. NOTICE SENT BY COURT. | View | |
| MAR-28-2006 | DECLARATION OF (SUPPLEMENTAL) JAMES M WAGSTAFFE FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |
| MAR-28-2006 | REPLY IN SUPPORT OF MOTION FOR ATTY'S FEES FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |
| MAR-28-2006 | LAW AND MOTION 301, NO APPEARANCES ON THIS MATTER. THE COURT ADOPTED ITS TENTATIVE RULING AS FOLLOWS: PLAINTIFF SIMON LAEVI'S MOTION TO VACATE FEB-3-2005 ORDER OF THIS COURT FOR LACK OF JURISDICTION, FOR RECONSIDERATION AND FOR ENTRY OF ORDER REGARDING DENIAL OF MOTION TO RE-OPEN DISCOVERY IS CONTINUED FROM MAR-28-2006 TO APR-05-2006, 9:30 AM IN DEPT. 301 PER AGREEMENT OF PARTIES. JUDGE JAMES L. WARREN, REPORTER CHRISTINA PAXTON, CSR #1558 | | |
| MAR-28-2006 | MINI-MINUTES FOR MAR-28-2006 9:30 AM | | |
| MAR-21-2006 | LAW AND MOTION 301, DEFENDANT STATE BAR OF CALIFORNIA, RACHEL ABELSON, DONALD STEEDMAN'S MOTION FOR ATTORNEY'S FEES CONTINUED FROM MAR-28-2006 TO APR-05-2006, 9:30 AM IN DEPT. 301 PER AGREEMENT OF THE PARTIES | | |
| MAR-20-2006 | DECLARATION OF SIMON LAEVI IN SUPP OF OPPOSITION TO DEFT'S MTN FOR ATY'S FEES FILED BY PLAINTIFF LAEVI, SIMON | | |
| MAR-20-2006 | OPPOSITION TO DEFT'S MTN FOR ATY'S FEES FILED BY PLTFS | | |

| | | | |
|---|---|---|---|
| MAR-06-2006 | LAW AND MOTION 301, PLAINTIFF SIMON LAEVI'S MOTION TO VACATE FEB-3-2005 ORDER OF THIS COURT FOR LACK OF JURISDICTION; FOR RECONSIDERATION; FOR ENTRY OF ORDER REGARDING DENIAL OF MOTION TO RE-OPEN DISCOVERY - CONTINUED FROM MAR-13-2006 TO MAR-28-2006, 9:30 AM IN DEPT. 301 PER AGREEMENT OF PARTIES | | |
| MAR-02-2006 | LAW AND MOTION 301, DEFENDANT STATE BAR OF CALIFORNIA, RACHEL ABELSON, DONALD STEEDMAN'S MOTION FOR ATTORNEY'S FEES CONTINUED FROM MAR-09-2006 TO MAR-28-2006, 9:30 AM IN DEPT. 301 PER AGREEMENT OF THE PARTIES | | |
| FEB-28-2006 | OPPOSITION BRIEF TO MOTION TO VACATE, FOR RECONSIDERATION AND FOR ENTRY OF ORDER; DECLARATION OF JAMES M. WAGSTAFFE IN OPPOSITION TO MOTION TO VACATE AND FOR RECONSIDERATION FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |
| FEB-17-2006 | CASE MANAGEMENT CONFERENCE OF MAR-03-2006 CONTINUED TO APR-14-2006 AT 9:00 AM IN DEPT. 212,. NOTICE SENT BY COURT. | View | |
| FEB-14-2006 | NOTICE OF MOTION AND MOTION TO VACATE FEB. 3, 2005 ORDER OF THIS COURT FOR LACK OF JURISDICTION; FOR RECONSIDERATION; FOR ENTRY OF ORDER REGARDING DENIAL OF MOTION TO RE-OPEN DISCOVERY;, PROOF OF SERVICE FILED BY PLAINTIFF LAEVI, SIMON HEARING SET FOR MAR-13-2006 AT 09:30 AM IN DEPT 301 | | 40.00 |
| FEB-07-2006 | NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES; APPENDIX OF NON-CALIFORNIA AUTHORITY IN SUPPORT; DECLARATION OF JAMES M. WAGSTAFFE AND COLIN WONG IN SUPPORT, PROOF OF SERVICE, POINTS AND AUTHORITIES FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD HEARING SET FOR MAR-09-2006 AT 09:30 AM IN DEPT 301 | | EXEMPT |
| FEB-03-2006 | MINI-MINUTES FOR FEB-03-2006 9:30 AM | | |
| FEB-03-2006 | LAW AND MOTION 301, NO APPEARANCE ON THE MATTER. THE COURT ADOPTED IT'S TENTATIVE RULING AS FOLLOWS: PLAINTIFF SIMON LAEVI'S MOTION TO FILE A SECOND AMENDED COMPLAINT IS DENIED FOR INVALID PROOF OF SERVICE. ADDITIONALLY, ACTION IS STAYED PER NOTICE OF APPEAL FILED BY DEFENDANT ON JAN-12-2006. JUDGE: JAMES L. WARREN, REPORTER: CHRISTINA PAXTON, CSR# 1558 ***[VACATED PER ORDER FILED ON 05/02/06]*** | | |
| JAN-25-2006 | NOTICE RE: DEFAULT | | |
| JAN-25-2006 | CLERK'S NTC OF FILING OF NTC OF APPEAL | | |

| Date | Description | | |
|---|---|---|---|
| JAN-20-2006 | REQUEST FOR CLERK'S TRANSCRIPT FILED (RUEL 5.1) | View | |
| JAN-12-2006 | NOTICE OF APPEAL/REQUEST FOR TRANSCRIPT (NTC OF APPEAL ONLY) FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | View | EXEMPT |
| JAN-11-2006 | MOTION TO FILE A SECOND AMENDED COMPLAINT, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION FILED BY PLAINTIFF LAEVI, SIMON AS TO DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD HEARING SET FOR FEB-03-2006 AT 09:30 AM IN DEPT 301 | | 40.00 |
| JAN-09-2006 | CASE MANAGEMENT CONFERENCE OF JAN-20-2006 CONTINUED TO MAR-03-2006 AT 9:00 AM IN DEPT. 212,. NOTICE SENT BY COURT. | View | |
| JAN-05-2006 | CASE MANAGEMENT STATEMENT FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD ESTIMATED TIME FOR TRIAL: 1.0 DAYS | | |
| DEC-12-2005 | ORDER AND STATEMENT OF DECISION DENYING IN PART AND GRANTING IN PART DEFENDANT'S SPECIAL MOTION TO STRIKE | View | |
| NOV-29-2005 | CASE MANAGEMENT CONFERENCE OF DEC-09-2005 CONTINUED TO JAN-20-2006 AT 9:00 AM IN DEPT. 212,. NOTICE SENT BY COURT. | View | |
| OCT-04-2005 | CASE MANAGEMENT CONFERENCE OF OCT-14-2005 CONTINUED TO DEC-09-2005 AT 9:00 AM IN DEPT. 212,. NOTICE SENT BY COURT. | View | |
| SEP-29-2005 | CASE MANAGEMENT STATEMENT FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD ESTIMATED TIME FOR TRIAL: 1.0 DAYS | | |
| SEP-27-2005 | MINI-MINUTES FOR SEP-27-2005 9:30 AM | | |
| SEP-27-2005 | LAW AND MOTION 301, DEFENDANT STATE BAR OF CALIFORNIA, RACHEL ABELSON, DONALD STEEDMAN'S MOTION TO STRIKE 1ST AMENDED COMPLAINT IS SUBMITTED. NO APPEARANCES NECESSARY. JUDGE PAUL H. ALVARADO, REPORTER ROBERT BALIAN CSR # 5220. (301/PHA) | | |
| SEP-22-2005 | EX PARTE APPLICATION TO INFORM THE COURT THAT NO "PERJURY" CAUSE OF ACTION WAS ADVANCED AND REQUEST FOR FURTHER ORAL ARGUMENT; DECLARATION FILED BY PLAINTIFF LAEVI, SIMON | | 36.30 |
| SEP-20-2005 | MINI-MINUTES FOR SEP-20-2005 9:30 AM | | |
| SEP-20-2005 | MINI-MINUTES FOR SEP-20-2005 9:30 AM | | |
| SEP-20-2005 | LAW AND MOTION, 301, A R G U E D; THE COURT ADOPTED ITS TENTATIVE RULING: PLAINTIFF SIMON LAEVI'S MOTION TO RE-OPEN DISCOVERY PURSUANT TO CCP 425.16(G)IS DENIED; PREVAILING PARTY IS TO PREPARE AN ORDER. PLAINTIFF'S MOTION TO SEAL | | |

| | | | |
|---|---|---|---|
| | CONFIDENTIAL EXHIBITS IS TAKEN OFF CALENDAR PER MOVING PARTY. (301/JLW/EH) JUDGE JAMES L. WARREN, REPORTER CHRISTINA PAXTON CSR #1558. | | |
| SEP-20-2005 | LAW AND MOTION 301, A R G U E D; THE COURT CONTINUED DEFENDANTS STATE BAR OF CALIFORNIA, RACHEL ABELSON AND DONALD STEEDMAN'S SPECIAL MOTION TO STRIKE UNDER ANTI-SLAPP STATUTE TO TUESDAY, SEPT. 27, 2005. NO APPEARANCE NEEDED. BOTH SIDES ARE TO SUBMIT STATEMENTS OF DECISION ON OR BEFORE THAT DAY. MATTER WILL THEN BE SUBMITTED ON SEPT. 27, 2005. (301/JLW/EH) JUDGE JAMES L. WARREN, REPORTER CHRISTINA PAXTON CSR #1558. | | |
| AUG-24-2005 | CASE MANAGEMENT CONFERENCE OF SEP-02-2005 CONTINUED TO OCT-14-2005 AT 9:00 AM IN DEPT. 212,. NOTICE SENT BY COURT. | View | |
| AUG-19-2005 | CASE MANAGEMENT STATEMENT FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD ESTIMATED TIME FOR TRIAL: 1.0 DAYS | | |
| AUG-17-2005 | LAW AND MOTION 301, NO APPEARANCES ON THIS MATTER. PLAINTIFF SIMON LAEVI'S MOTION TO RE-OPEN DISCOVERY PURSUANT TO CCP 425.16(G); MOTION TO SEAL CONFIDENTIAL EXHIBITS IS CONTINUED TO 9/20/05 PER MOVING PARTY AND AGREEMENT. JUDGE JAMES L. WARREN, REPORTER CHRISTINA PAXTON CSR #1558. | | |
| AUG-17-2005 | LAW AND MOTION 301, NO APPEARANCES ON THIS MATTER. DEFENDANT STATE BAR OF CALIFORNIA, RACHEL ABELSON, DONALD STEEDMAN'S MOTION TO STRIKE 1ST AMENDED COMPLAINT IS CONTINUED TO 9/20/05. JUDGE JAMES L. WARREN, REPORTER CHRISTINA PAXTON CSR #1558. | | |
| AUG-17-2005 | MINI-MINUTES FOR AUG-17-2005 9:30 AM | | |
| AUG-17-2005 | MINI-MINUTES FOR AUG-17-2005 9:30 AM | | |
| AUG-02-2005 | LAW AND MOTION 301, PLAINTIFF SIMON LAEVI'S MOTION TO RE-OPEN DISCOVERY PURSUANT TO CCP 425.16(G); MOTION TO SEAL CONFIDENTIAL EXHIBITS IS CONTINUED TO 08/17/05 TO BE HEARD BY THE HON. JAMES L. WARREN. JUDGE: PETER J. BUSCH, REPORTER: CAROL A. KAREN CSR#8189 | | |
| AUG-02-2005 | LAW AND MOTION 301, DEFENDANTS STATE BAR OF CALIFORNIA, RACHEL ABELSON, DONALD STEEDMAN'S MOTION TO STRIKE FIRST AMENDED COMPLAINT IS CONTINUED TO 08/17/05 TO BE HEARD BY THE HON. JAMES L. WARREN. JUDGE: PETER J. BUSCH, REPORTER: CAROL A. KAREN CSR#8189 | | |
| AUG-02-2005 | MINI-MINUTES FOR AUG-02-2005 9:30 AM | | |
| AUG-02-2005 | MINI-MINUTES FOR AUG-02-2005 9:30 AM | | |

| | | | |
|---|---|---|---|
| JUL-21-2005 | LAW AND MOTION 301, PLAINTIFF SIMON LAEVI'S MOTION TO RE-OPEN DISCOVERY PURSUANT TO CCP 425.16(G); MOTION TO SEAL CONFIDENTIAL EXHIBITS CONTINUED FROM JUL-21-2005 TO LAW AND MOTION AT AUG-02-2005, 9:30 AM IN DEPT. 301 ON THE COURTS OWN MOTION. (301/JLW/EH) REPORTER: CHRISTINA PAXTON, CSR# 1558 | | |
| JUL-21-2005 | LAW AND MOTION 301, DEFENDANTS STATE BAR OF CALIFORNIA, RACHEL ABELSON, DONALD STEEDMAN'S MOTION TO STRIKE FIRST AMENDED COMPLAINT CONTINUED FROM JUL-21-2005 TO LAW AND MOTION AT AUG-02-2005, 9:30 AM IN DEPT. 301 ON THE COURTS OWN MOTION. (301/JLW/EH) REPORTER: CHRISTINA PAXTON, CSR# 1558 | | |
| JUL-21-2005 | MINI-MINUTES FOR JUL-21-2005 9:30 AM | | |
| JUL-21-2005 | MINI-MINUTES FOR JUL-21-2005 9:30 AM | | |
| JUL-20-2005 | FURTHER OBJECTIONS TO EVIDENCE FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |
| JUL-18-2005 | ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO FILE AN AMENDMENT TO HIS DECLARATION | View | |
| JUL-18-2005 | AMENDMENT TO DECLARATION OF PLAINTIFF FILED IN OPPOSITION TO DEFTS' MOTION TO STRIKE FILED BY PLAINTIFF LAEVI, SIMON | | |
| JUL-18-2005 | EX PARTE APPLICATION FOR ORDER TO FILE AMENDMENT TO PLTFF'S DECLARATION TO CORRECT ERRORS, DECLARATION FILED BY PLAINTIFF LAEVI, SIMON | | 36.30 |
| JUL-15-2005 | REPLY TO DEFTS' SUPPLEMENTAL BRIEF TO MOTION TO STRIKE COMPLAINT PER CCP 425.16 FILED BY PLAINTIFF LAEVI, SIMON | | |
| JUL-15-2005 | DEFTS' SUPPLEMENTAL REPLY MEMORANDUM IN SUPPORT OF SPECIAL MOTION TO STRIKE FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |
| JUL-12-2005 | CASE MANAGEMENT CONFERENCE OF JUL-22-2005 CONTINUED TO SEP-02-2005 AT 9:00 AM IN DEPT. 212,. NOTICE SENT BY COURT. | View | |
| JUL-11-2005 | SUPPLEMENTAL MEMORANDUM IN SUPP OF SPECIAL MTN TO STRIKE FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |
| JUL-11-2005 | SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFT'S MOTION TO STRIKE COMPLAINT FILED BY PLAINTIFF LAEVI, SIMON | | |
| JUN-30-2005 | MINI-MINUTES FOR JUN-30-2005 9:30 AM | | |
| JUN-30-2005 | MINI-MINUTES FOR JUN-30-2005 9:30 AM | | |

| | | | |
|---|---|---|---|
| JUN-30-2005 | LAW AND MOTION 301, A R G U E D AND THE COURT CONTINUED TO 7/21/05 PLAINTIFF SIMON LAEVI'S MOTION TO RE-OPEN DISCOVERY PURSUANT TO CCP 425.16(G);MOTION TO SEAL CONFIDENTIAL EXHIBITS - HEARING REQUIRED. SIMULTANEOUS SUPPLEMENTAL BRIEFS ARE DUE ON 7/11/05 AND SIMULTANEOUS SUPPLEMENTAL REPLY BRIEFS ARE DUE ON 7/15/05. COURTESY COPIES ARE TO BE DELIVERED BY HAND TO DEPT.301. JUDGE: JAMES L. WARREN, REPORTER: CHRISTINA PAXTON, CSR #1558 | | |
| JUN-30-2005 | LAW AND MOTION 301, A R G U E D AND THE COURT CONTINUED TO 7/21/05 DEFENDANT STATE BAR OF CALIFORNIA, RACHEL ABELSON, DONALD STEEDMAN'S MOTION TO STRIKE 1ST AMENDED COMPLAINT. SIMULTANEOUS SUPPLEMENTAL BRIEFS ARE DUE ON 7/11/05 AND SIMULTANEOUS SUPPLEMENTAL REPLY BRIEFS ARE DUE ON 7/15/05. COURTESY COPIES ARE TO BE DELIVERED BY HAND TO DEPT.301. JUDGE: JAMES L. WARREN, REPORTER: CHRISTINA PAXTON, CSR #1558 | | |
| JUN-27-2005 | MINI-MINUTES FOR JUN-27-2005 9:30 AM | | |
| JUN-27-2005 | LAW AND MOTION 301, A R G U E D AND THE COURT MODIFIED ITS TENTATIVE RULING: PLAINTIFF SIMON LAEVI'S MOTION TO RE-OPEN DISCOVERY PURSUANT TO CCP 425.16(G);MOTION TO SEAL CONFIDENTIAL EXHIBITS IS CONTINUED TO 6/30/05. JUDGE: JAMES L. WARREN, REPORTER: CHRISTINA PAXTON, CSR #1558 | | |
| JUN-24-2005 | DECLARATION IN OPPOSITION TO MOTION TO STRIKE COMPLAINT FILED BY PLAINTIFF LAEVI, SIMON | | |
| JUN-24-2005 | ERRATUM TO DEFTS' REPLY BRIEF IN SUPP OF SPECIAL MTN TO STRIKE FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |
| JUN-23-2005 | OBJECTIONS TO PLTF'S DECLARATION FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |
| JUN-23-2005 | DECLARATION OF IVO LABAR IN SUPPORT OF DEFTS' REPLY BRIEF IN SUPPORT OF SPECIAL MOTION TO STRIKE FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |
| JUN-23-2005 | REPLY BRIEF IN SUPPORT OF SPECIAL MOTION TO STRIKE FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |
| JUN-22-2005 | OPPOSITION TO MOTOIN TO STRIKE COMPLAINT FILED BY PLAINTIFF LAEVI, SIMON | | |
| JUN-20-2005 | ASSOCIATION OF ATTORNEYS: WAGSTAFFE JAMES M ADDED AS ATTORNEY FOR STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |
| JUN-13-2005 | OPPOSITION TO PLTF'S MOTON RO RE-OPEN DISCOVERY FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |

| | | | |
|---|---|---|---|
| JUN-06-2005 | LAW AND MOTION 301, MOTION TO STRIKE 1ST AMENDED COMPLAINT CONTINUED FROM JUN-15-2005 TO LAW AND MOTION AT JUN-30-2005, 9:30 AM IN DEPT. 301 PER REQUEST OF MOVING PARTY (BY AN AGREEMENT OF THE PARTIES TO 6/30/05) | | |
| JUN-02-2005 | MOTION TO RE-OPEN DISCOVERY PURSUANT TO CCP 425.16(G);MOTION TO SEAL CONFIDENTIAL EXHIBITS, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION FILED BY PLAINTIFF LAEVI, SIMON HEARING SET FOR JUN-27-2005 AT 09:30 AM IN DEPT 301 | | 36.30 |
| JUN-01-2005 | EX PARTE APPLICATION FOR ORDER TO RE-OPEN DISCOVERY PURSUANT TO CCP 425.16(G), POINTS AND AUTHORITIES, DECLARATION FILED BY PLAINTIFF LAEVI, SIMON | | 36.30 |
| MAY-31-2005 | CASE MANAGEMENT CONFERENCE OF JUN-10-2005 CONTINUED TO JUL-22-2005 AT 9:00 AM IN DEPT. 212,. NOTICE SENT BY COURT. | View | |
| MAY-23-2005 | ANSWER TO 1ST AMENDED COMPLAINT FILED BY DEFENDANT STATE BAR OF CALIFORNIA | View | |
| MAY-16-2005 | MOTION TO STRIKE 1ST AMENDED COMPLAINT (NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO STRIKE UNDER ANTI SLAPP STATUTE), WITH PROOF OF SERVICE; MEMO OF P&A FILED IN SUPPORT; DECLARATION OF DONALD R. STEEDMAN FILED IN SUPPORT; DECLARATION OF COLIN P. WONG FILED IN SUPPORT; REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD HEARING SET FOR JUN-15-2005 AT 09:30 AM IN DEPT 301 | | EXEMPT |
| APR-21-2005 | CASE MANAGEMENT CONFERENCE OF APR-29-2005 CONTINUED TO JUN-10-2005 AT 9:00 AM IN DEPT. 212. NOTICE SENT BY COURT. | View | |
| APR-18-2005 | CASE MANAGEMENT STATEMENT FILED BY PLAINTIFF LAEVI, SIMON JURY DEMANDED, ESTIMATED TIME FOR TRIAL: 5.0 DAYS | | |
| APR-12-2005 | CASE MANAGEMENT STATEMENT FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD ESTIMATED TIME FOR TRIAL: 1.0 DAYS | | |
| MAR-24-2005 | 1ST AMENDED COMPLAINT FILED BY PLAINTIFF LAEVI, SIMON AS TO DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD DOES 1-20 | View | |
| MAR-16-2005 | EX PARTE APPLICATION FOR ORDER TO STAY FILING OF FIRST AMENDED COMPLAINT FILED BY PLAINTIFF LAEVI, SIMON | | 36.30 |
| MAR-09-2005 | NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED SUSTAINING DEMURRER WITH LEAVE TO AMEND. FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |

GC-04-436617  Case 3:07-cv-04378-MHP   Document 23-4   Filed 11/29/2007   Page 10 of 10

http://www.sftc.org/Scripts/Magic94/mgrqispi94.dll

| | | | |
|---|---|---|---|
| MAR-04-2005 | ORDER SUSTAINING DEMURRER WITH LEAVE TO AMEND | View | |
| FEB-03-2005 | MINI-MINUTES FOR FEB-03-2005 9:30 AM | | |
| FEB-03-2005 | LAW AND MOTION 301, DEFENDANT STATE BAR OF CALIFORNIA, RACHEL ABELSON AND DONALD STEEDMAN'S DEMURRER TO COMPLAINT: SUSTAINED WITH 10 DAYS LEAVE TO AMEND TO ALLEGE COMPLIANCE WITH TORT CLAIM ACT GOV. CODE SECTIONS 905; 911.2. ALSO, NOT CLEAR IF ABELSON IS SUED AS AN EMPLOYEE OF STATE BAR IN INDIVIDUAL CAPACITY OR BOTH. PREVAILING PARTY TO SUBMIT FORM OF ORDER. JUDGE: JAMES L. WARREN REPORTER: CHRISTINA PAXTON, CSR #1558 | | |
| JAN-27-2005 | REPLY TO PLAINTIFF'S OPPOSITION TO STATE BAR'S DEMURRER FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD | | |
| JAN-21-2005 | OPPOSITION TO DEMURRER FILED BY PLAINTIFF LAEVI, SIMON | | |
| JAN-20-2005 | LAW AND MOTION 301, DEFENDANTS STATE BAR OF CALIFORNIA, RACHEL ABELSON, DONALD STEEDMAN'S DEMURRER TO COMPLAINT CONTINUED FROM JAN-27-2005 TO LAW AND MOTION AT FEB-03-2005, 9:30 AM IN DEPT. 301 PER AGREEMENT OF COUNSEL. | | |
| JAN-06-2005 | LAW AND MOTION 301, DEFENDANTS STATE BAR OF CALIFORNIA, RACHEL ABELSON, AND DONALD STEEDMAN'S DEMURRER TO COMPLAINT CONTINUED FROM JAN-13-2005 TO LAW AND MOTION AT JAN-27-2005, 9:30 AM IN DEPT. 301 PER AGREEMENT OF COUNSEL | | |
| DEC-17-2004 | DEMURRER TO COMPLAINT, PROOF OF SERVICE ; REQ FOR JUDICIAL NTC FILED BY DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD HEARING SET FOR JAN-13-2005 AT 09:30 AM IN DEPT 301 | | EXEMPT |
| NOV-24-2004 | NOTICE TO PLAINTIFF | View | |
| NOV-24-2004 | OTHER NON EXEMPT COMPLAINTS, COMPLAINT FILED BY PLAINTIFF LAEVI, SIMON AS TO DEFENDANT STATE BAR OF CALIFORNIA ABELSON, RACHEL STEEDMAN, DONALD SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR APR-29-2005 PROOF OF SERVICE DUE ON JAN-24-2005 CASE MANAGEMENT STATEMENT DUE ON APR-14-2005 | View | 292.50 |