EXHIBIT D

# CALIFORNIA APPELLATE COURTS
## Case Information



- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions


C|C home

## 1st Appellate District

Change court

Court data last updated: 11/27/2007 03:05 PM

Case Summary  Docket  Scheduled Actions  Briefs
Disposition  Parties and Attorneys  Trial Court

## Docket (Register of Actions)

**Laevi v. State Bar of California et al.**
Division 1
Case Number A113010

| Date | Description | Notes |
|---|---|---|
| 02/21/2006 | Exempt filing fee. | |
| 02/21/2006 | Notice of appeal lodged/received. | State Bar of California, et al.; 01/12/06 |
| 02/21/2006 | Received: | aplnt's 5.1 election; 01/20/06 |
| 02/21/2006 | Notice per rule 5.1 - with reporter's transcript. | |
| 02/21/2006 | 70 day letter sent (rule 5.1). | |
| 02/21/2006 | Notified parties of local rules and procedures. | |
| 02/21/2006 | Default notice received-appellant notified per rule 8(a)(1). | re 1/12/06 appeal; failure to timely designate rt; dated 1/25/06 |
| 03/01/2006 | Civil case information statement filed. | atty Wagstaffe for aplts State Bar of Calif<br>copy of order attached |
| 04/26/2006 | Certificate of county clerk filed. | default for failure to timely designate rt has not been cured;<br>dated 4/26/06 |
| 04/27/2006 | Telephone conversation with: | Michael Von Lowenfeld; re application for relief from superior court default coming |
| 04/28/2006 | Application filed to: | for relief from default; by appellants |
| 05/02/2006 | Filed proof of service. | amended; reflecting correct title of document served (application for relief from default) |

| 05/02/2006 | Order filed. | appellant's application for relief from superior court default is granted; appellant elects to proceed under 5.1 without a reporter's transcript; the appeal shall proceed accordingly |
|---|---|---|
| 05/02/2006 | Appellant notified pursuant to rule 17(a)(1). | |
| 05/16/2006 | Appellant's appendix and opening brief filed. | Attorney: Wagstaffe, James Party: State Bar of California 2 vols. of appendix |
| 06/08/2006 | Stipulation of extension of time filed to: | arb due 50 days after rb |
| 08/15/2006 | Respondent notified pursuant to rule 17(a)(2). | |
| 08/22/2006 | Requested - extension of time. | |
| 08/22/2006 | Granted - extension of time. | |
| 09/28/2006 | Request for dismissal filed. | |
| 10/02/2006 | Dismissal order filed. | |
| 12/04/2006 | Remittitur issued. | |
| 12/04/2006 | Case complete. | |
| 02/21/2006 | Case start date. | |
| 08/29/2007 | Shipped to state retention center, box # / list #: | L254 |

Click here to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# PROOF OF SERVICE

I, Andrew Hanna, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On November 29, 2007, I served the following document(s):

**DEFENDANTS JUDY JOHNSON, DEBRA LAWSON, PATRICE MCELROY AND ALLEN MALMQUISTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTIONS; DECLARATION OF MICHAEL VON LOEWENFELDT IN SUPPORT THEREOF**

on the parties listed below as follows:

Simon Laevi
25-A Crescent Drive #351
Pleasant Hill, CA 94523

Via Fed Ex

Paul Hammerness, Esq.
Office of the Attorney General
455 Golden Gate Ave.
Suite 11000
San Francisco, CA 94102

Via Fed Ex

Mark Torres-Gil, Esq.
State Bar of California
Office of General Counsel
180 Howard Street
San Francisco, CA 94105

Via Hand Delivery

☐ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☒ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☒ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 29, 2007, at San Francisco, California.

_____
Andrew Hanna

CASE NO.: C-07-4378-MHP                                     PROOF OF SERVICE