1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS, State Bar No. 90294
   Supervising Deputy Attorney General
3   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
4   Telephone:  (415) 703-5520
    Fax:  (415) 703-5480
5   Email:  Paul.Hammerness@doj.ca.gov

6  Attorneys for State Judicial Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SIMON LEVI,**<br><br>                                  Plaintiff,<br><br>v.<br><br>**STATE BAR OF CALIFORNIA, et al.,**<br><br>                                  Defendants. | Case No. C 07-04378-MHP<br><br>**STATE JUDICIAL DEFENDANTS' RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTIONS**<br><br>Hearing:       December 17, 2007<br>Time:          2:00 p.m.<br>Courtroom:  15, 18th Floor<br>Judge:         The Honorable<br>                    Marilyn Hall Patel |

Plaintiff has made a number of administrative motions, which do not appear to be directed against the State Judicial Defendants, and which they do not oppose.  However, it does not appear that plaintiff has made a sufficient showing to justify the sealing of any records or to allow him to proceed anonymously with this action.  FRCP Rule 17(a)("[e]very action shall be prosecuted in the name of the real party in interest"); Rule 10(a) (complaint shall "include the

/ / /

/ / /

/ / /

/ / /

State Judicial Defs' Response to Pltf's Admin. Motions                    LEVI, Simon v. State Bar of California, et al.
                                                                                                                                      C 07-04378-MHP

1

1  names of all the parties"); <u>Doe</u> v. <u>Advanced Textile Corp</u>., 214 F.3d 1058 (9th Cir. 2000)

2  (general policy against use of pseudonyms except in special circumstances).

3      Dated: December 3, 2007.

4                      Respectfully submitted,

5                      EDMUND G. BROWN JR.
                    Attorney General of the State of California

6

7                       /s/ Paul T. Hammerness

8                      PAUL T. HAMMERNESS
                    Supervising Deputy Attorney General

9                      Attorneys for State Judicial Defendants

10

11  40191720.wpd
   SF2007402918
12

---

State Judicial Defs' Response to Pltf's Admin. Motions               LEVI, Simon v. State Bar of California, et al.
                                                                                   C 07-04378-MHP