SIMON LEVI
25 – A Crescent Dr. #351
Pleasant Hill, CA 94523
Telephone: (925) 286-3462

Plaintiff, in Pro Per

MARIE M. MOFFAT (62167)
LAWRENCE C. YEE (84208)
MARK TORRES-GIL (91597)
DANIELLA A. LEE (223675)
STATE BAR OF CALIFORNIA
OFFICE OF GENERAL COUNSEL
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2012
Fax: (415) 538-2321

JAMES M. WAGSTAFFE (95535)
MICHAEL VON LOEWENFELDT (178665)
CHEROKEE D.M. MELTON (243265)
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS (90294)
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5520
Fax: (415) 703-5480
Email: Paul.Hammerness@doj.ca.gov

Atorneys for State Bar Defendants              Attorneys for State Judicial Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIMON LEVI,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA, et al.<br><br>Defendants. | Case No. C-07-4378-MHP<br><br>**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**<br><br>DATE:  December 17, 2007<br>TIME:   2:00 p.m.<br>DEPT:  15 |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

### 1. Jurisdiction and Service

As fully briefed in Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, Defendants Judy Johnson, Debra Lawson, Patrice McElroy, and Allen Malmquist respectfully assert that this Court lacks subject matter jurisdiction over Plaintiff's claims. The State Judicial Defendants also have a Motion to Dismiss pending, and agree with this position. Plaintiff respectfully disagrees with defendants' position re: jurisdiction.

Defendants are unaware of any issues pertaining to personal jurisdiction, venue, or parties who remain to be served.

### 2. Facts

Identification of the principal factual issues will depend on the Court's ruling on Defendants' pending motions to dismiss and Defendant's forthcoming motion for Rule 11 sanctions.

### 3. Legal Disputes

Identification of the principal legal issues will depend on the court's ruling on Defendants' pending motions to dismiss and Defendant's forthcoming motion for Rule 11 sanctions.

### 4. Motions

On October 4, 2007, Defendants State Bar of California, Judy Johnson, Debra Lawson, Patrice McElroy, State Bar Court, Committee of Bar Examiners, and Allen Malmquist filed a Motion to Dismiss Plaintiff's First Amended Complaint. That motion is currently pending in this Court. In addition, Defendants' Judy Johnson, Debra Lawson, Patrice McElroy, and Allen Malmquist anticipate filing a Motion for Rule 11 Sanctions.

On November 9, 2007, Defendants Ronald M. George, Carlos R. Moreno, Joyce L. Kennard, Kathryn Mickle Werdegar, Ming W. Chin, Marvin R. Baxter and Carol A. Corrigan filed a Motion to Dismiss Plaintiff's First Amended Complaint. That motion is currently pending in this Court.

At this point, Plaintiff plans on advancing a motion to file a second amended complaint , motion for a preliminary injunction, motion to severe and bifurcate case, and appropriate discovery motions.

**5. Amendment of Pleadings**

Defendants' future claims and defenses will depend on the Court's ruling on Defendants' pending motions to dismiss and Defendants' forthcoming motion for Rule 11 sanctions.

Plaintiff intends to file a second amended complaint.

**6. Evidence Preservation**

Not applicable.

**7. Disclosures**

Given Defendants' immunities from suit under the circumstances of this case, initial disclosures are not appropriate until after this Court has ruled on Defendants pending motion to dismiss and Defendant's forthcoming motion for Rule 11 sanctions. Defendants therefore object to any initial disclosures at this time pursuant to Federal Rule of Civil Procedure 26(a)(1).

**8. Discovery**

Given Defendants' immunities from suit under the circumstances of this case, discovery is not appropriate until after this Court has ruled on Defendants pending motion to dismiss and Defendant's forthcoming motion for Rule 11 sanctions.

Plaintiff requests this Court's assistance in connection with various discovery issues.

**9. Class Actions**

Not applicable.

**10. Related Cases**

There are no related cases or proceedings pending before another judge of this court, or before another court or administrative body.

**11. Relief**

Plaintiff seeks (1) an order disqualifying the State Bar of California from determining Plaintiff's moral character and directing another state agency to oversee that determination; (2) an order nullifying the State Bar Court's decision issued by Judge McElroy relating to Plaintiff's

1  prior application; and (3) such other and further relief as this Court deems just and proper.

2  **12.    Settlement and ADR**

3  Defendants are not interested in ADR at this time.  Plaintiff is interested in ADR at this time.

4  **13.    Consent to Magistrate Judge For All Purposes**

5  Defendants do not consent to a Magistrate Judge at this time.  Plaintiff has already
6  objected to proceeding in front of a Magistrate Judge.

7  **14.    Other References**

8  Not applicable.

9  **15.    Narrowing of Issues**

10  Identification of any issues that may be narrowed by agreement or by motion will depend
11  on the Court's ruling on Defendants' pending motion to dismiss and Defendant's forthcoming
12  motion for Rule 11 sanctions.

13  **16.    Expedited Schedule**

14  Not applicable.

15  **17.    Scheduling**

16  Not applicable.

17  **18.    Trial**

18  Not applicable.

19  **19.    Disclosure of Non-party Interested Entities or Persons**

20  Defendants have not yet filed a Certification of Interested Entities or Persons as required
21  by Civil Local Rule 3-16.  That certification is forthcoming, and will list the following non-party
22  as having a direct, pecuniary interest in the outcome of this case: The State Bar of California
23  (dismissed Defendant).  The State of California, by virtue of the fact that the Chief Justice and
24  Associate Justices of the California Supreme Court are being sued in this action, is an interested
25  entity with a direct pecuniary interest in this case.

26  **20.    Such Other Matters That May Facilitate the Just, Speedy, and Inexpensive**
27  **Disposition of this Matter.**

28  Not applicable.



– 3 –

DATED: 11/30/07, 2007

*Simon Levi* (signature)
SIMON LEVI
PLAINTIFF IN PRO PER

DATED: _____, 2007

**KERR & WAGSTAFFE LLP**

By _____
MICHAEL VON LOEWENFELDT

Attorneys for Defendants Judy Johnson, Debra Lawson, Patrice McElroy, and Allen Malmquist

DATED: _____, 2007

**EDMUND G. BROWN JR.**
**Attorney General of the State of California**

By _____
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
Attorneys for State Judicial Defendants

— 4 —

DATED: _____, 2007

SIMON LEVI
PLAINTIFF IN PRO PER

DATED: Dec. 3, 2007

**KERR & WAGSTAFFE LLP**

By _____
MICHAEL VON LOEWENFELDT

Attorneys for Defendants Judy Johnson, Debra Lawson, Patrice McElroy, and Allen Malmquist

DATED: Nov. 30, 2007

**EDMUND G. BROWN JR.**
Attorney General of the State of California

By _____
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
Attorneys for State Judicial Defendants

**CASE MANAGEMENT ORDER**

IT IS HEREBY ORDERED THAT a further Case Management Conference shall be scheduled for _____.

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

DATED: _____    _____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE