| | |
|---|---|
| 1 | MARIE M. MOFFAT (62167) |
| | LAWRENCE C. YEE (84208) |
| 2 | MARK TORRES-GIL (91597) |
| | DANIELLA A. LEE (223675) |
| 3 | **STATE BAR OF CALIFORNIA** |
| | **OFFICE OF GENERAL COUNSEL** |
| 4 | 180 Howard Street |
| | San Francisco, CA 94105-1639 |
| 5 | Telephone: (415) 538-2012 |
| | Fax: (415) 538-2321 |
| 6 | |
| | JAMES M. WAGSTAFFE (95535) |
| 7 | MICHAEL VON LOEWENFELDT (178665) |
| | CHEROKEE D.M. MELTON (243265) |
| 8 | **KERR & WAGSTAFFE LLP** |
| | 100 Spear Street, Suite 1800 |
| 9 | San Francisco, CA 94105–1528 |
| | Telephone: (415) 371-8500 |
| 10 | Fax: (415) 371-0500 |
| 11 | Attorneys for Defendants |
| | The State Bar Of California, Judy Johnson, Debra |
| 12 | Lawson, Patrice McElroy, State Bar Court, |
| | Committee Of Bar Examiners, Allen Malmquist |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIMON LEVI, | Case No. C-07-04378-MHP |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| | Hon. Marilyn Hall Patel |
| THE STATE BAR OF CALIFORNIA, JUDY JOHNSON, DEBRA LAWSON, PATRICE McELROY, STATE BAR COURT, COMMITTEE OF BAR EXAMINERS, ALLEN MALMQUIST, | |
| Defendants. | |

KERR & WAGSTAFFE LLP

CASE NO. C-07-4378-MHP                    CERTIFICATE OF INTERESTED PARTIES

1 **CERTIFICATE AS TO INTERESTED PARTIES**

2 The undersigned, counsel of record for Judy Johnson, Debra Lawson, Patrice McElroy,
3 and Allen Malmquist certifies that the following listed non-party has a direct, pecuniary interest
4 in the outcome of this case. These representations are made to enable the Court to evaluate
5 possible disqualification or recusal.

6 The State Bar of California (dismissed Defendant).

9 DATED: December 3, 2007      Respectfully submitted,

10                              **KERR & WAGSTAFFE LLP**

12                              By _____s/_____
                                 MICHAEL VON LOEWENFELDT

14                              Attorneys for Defendants The State Bar Of
                                California, Judy Johnson, Debra Lawson, Patrice
                                McElroy, State Bar Court, Committee Of Bar
15                              Examiners, Allen Malmquist

## PROOF OF SERVICE

I, Andrew Hanna, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On December 3, 2007, I served the following document(s):

**CERTIFICATE OF INTERESTED PARTIES**

on the parties listed below as follows:

Simon Levi
25-A Crescent Drive #351
Pleasant Hill, CA 94523

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 3, 2007, at San Francisco, California.

                                                       _____s/_____
                                                      Andrew Hanna