**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: December 17, 2007

Case No.   C 07-4378  MHP            Judge: MARILYN H. PATEL

Title: SIMON LEVI -v- STATE BAR OF CALIFORNIA et al

Attorneys:  Plf:  Simon Levi
            Dft: Paul Hammerness, Michael Von Louenfeld

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Defendant's Motion to Dismiss

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court to issue order.