UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMON LEVI

               Plaintiff,

  v.

STATE BAR OF CALIFORNIA, ET AL.

               Defendants.
_____/

No. C 07-04378 MHP

**JUDGMENT**

    This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed granting defendants' motion to dismiss,

    IT IS ORDERED AND ADJUDGED that this action is DISMISSED in its entirety.

Dated: December 28, 2007

                                                  _____
                                                  MARILYN HALL PATEL
                                                  United States District Court Judge
                                                  Northern District of California