Simon Levi
25-A Crescent Dr. #351
Pleasant Hill, CA 94523
(925) 286-3462

Plaintiff, In Pro Per

FILED
08 JAN 24 PM 2:03

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

34

| | |
|---|---|
| Simon Levi,<br><br>Plaintiff(s),<br><br>v.<br><br>Chief Justice Ronald M. George, Associate Justice Carlos R. Moreno, Associate Justice Joyce L. Kennard, Associate Justice Kathryn Mickle Werdegar, Associate Justice Ming W. Chin, Associate Justice Marvin R. Baxter, Associate Justice Carol A. Corrigan, and Does 1 – 50,<br><br>Defendant(s). | Case No. 2007 CV-04378 MHP<br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT./ |

Plaintiff hereby appeals both the order and judgment issued by the Honorable Judge Patel on December 28, 2007 and filed on January 2, 2008 to the Ninth Circuit Court of Appeal. The appeal is taken against the following defendants only:

Chief Justice Ronald M. George, Associate Justice Carlos R Moreno, Associate Justice Joyce L.Kennard, Associate Justice Kathryn Mickle Werdegar, Associate Justice, Ming W. Chin, Associate Justice Marvin R. Baxter, Associate Justice, Carol A. Corrigan, and Does 1 – 50

Respectfully submitted,

~~December 18, 2007~~ January 24, 2008

Simon Levi
In pro per

## PROOF OF SERVICE

I reside in the City of Concord, I am over the age of 18, and am not a party to the action in the attached document.

My business address is P.O. Box 273093, Concord CA 94527

On 1/24 ____, 2008, I served the following:

Notice of [illegible] to the United States Court of Appeals [illegible] Circuit

By placing a true correct copy thereof in a sealed envelope, with postage thereon fully pre-paid and placing the envelope in a USPS facility in Walnut Creek CA, addressed as follows:

Paul Hammer[illegible]
455 Golden Gate [illegible]
SF, CA 94102

Mike [illegible]
[illegible]
[illegible]
[illegible] 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Pleasant Hill on 1/24 , 2008

Darrell Gabbert
Darrell Gabbert