**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 31, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-04378 MHP**

**CASE TITLE: SIMON LEVI-v-STATE BAR OF CALIFORNIA**

USCA Case Number:

Dear Sir/Madam:

     Enclosed is the NOTICE OF APPEAL in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

     Sincerely,

     RICHARD W. WIEKING, Clerk

     by: Gina Agustine-Rivas
     Case Systems Administrator

cc: Counsel of Record