**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 31, 2008

Simon Levi
25-A Crescent Drive, #351
Pleasant Hill, CA 94523

SUBJECT:   Request for Payment of Docket Fee

Title:  **SIMON LEVI -v- STATE BAR OF CALIFORNIA**
Case Number:   **CV 07-04378 MHP**
Court of Appeals Number:

A notice of appeal was filed with this Court on January 24, 2008 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Gina Agustine-Rivas
**Case Systems Administrator**

cc: U.S. Court of Appeals