```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016839
Cashier ID: almaceh
Transaction Date: 03/11/2008
Payer Name: DAFNA LEVI
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SIMON LEVI
 Case/Party: D-CAN-3-07-CV-004378-001
 Amount:       $455.00
------------------------------------
CHECK
 Check/Money Order Num: 4206
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```