UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMON LEVI,

        Plaintiff(s),

vs.

STATE BAR OF CALIFORNIA, et al,

        Defendant(s).

                                                      /

No. C 07–04378 MHP

**ORDER OF DISMISSAL**

      This action having been remanded from the Ninth Circuit Court of Appeals with instructions to dismiss the action without prejudice, accordingly,

      IT IS HEREBY ORDERED that this action is DISMISSED without prejudice. The Clerk of Court shall close the file.

Date: July 1, 2010

MARILYN HALL PATEL
United States District Court
Northern District of California

United States District Court
For the Northern District of California